No. 73–5153.  SANDERS *v.* ESTELLE, CORRECTIONS DI-
RECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 73–5156.  LEVENTHAL *v.* FORTE ET AL.  C. A. 1st
Cir.  Certiorari denied.

No. 73–5157.  ROOTS *v.* KOON, DEPUTY SHERIFF, ET AL.
C. A. 5th Cir.  Certiorari denied.

No. 73–5161.  WEBB *v.* ARIZONA.  Ct. App. Ariz.
Certiorari denied.

No. 73–5163.  CREASON *v.* NORTH CAROLINA DEPART-
MENT OF CORRECTIONS ET AL.  C. A. 4th Cir.  Certiorari
denied.

No. 73–5168.  RANDOLPH *v.* ARIZONA BOARD OF RE-
GENTS.  Ct. App. Ariz.  Certiorari denied.

No. 73–5173.  HANKS *v.* SLAYTON, PENITENTIARY SU-
PERINTENDENT.  C. A. 4th Cir.  Certiorari denied.

No. 73–5178.  DOTSEY BY JOHNSON, EXECUTOR *v.*
MACIAS ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari
denied.

No. 73–5180.  STUCK *v.* LASH, WARDEN.  C. A. 7th
Cir.  Certiorari denied.

No. 73–5185.  FERGUSON *v.* TUCKER, JUDGE.  C. A.
4th Cir.  Certiorari denied.

No. 72–1002.  CALIFORNIA *v.* TAYLOR.  Sup. Ct. Cal.
Motion to dispense with printing respondent's brief
granted.  Certiorari denied.